**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Melvin Dale RAINES,**
**Defendant/Appellant.**

**No. 60752.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

June 30, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Aug. 12, 1992.

Ronald J. Prenger, Jefferson City, for defendant/appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

ORDER

PER CURIAM.

Defendant appeals from the order of the trial court denying his presentence motion to withdraw his guilty plea.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).